1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    DEXTER BROWN,                           No.  2:19-cv-01677-TLN-EFB

12              Plaintiff,

13        v.                                  **ORDER**

14    GARCIA,

15              Defendant.

16

17          Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 9, 2020, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

23    the findings and recommendations.

24          The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations filed April 9, 2020, are adopted in full;

28          2.  Plaintiff's application to proceed in forma pauperis (ECF No. 6) is DENIED; and

3.  Plaintiff is ORDERED to pay the $400 filing fee within fourteen days from the date of service of this Order and is admonished that failure to do so will result in the dismissal of this action.

DATED:  May 14, 2020

Troy L. Nunley
United States District Judge