UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>GARCIA,<br><br>  Defendant. | No. 2:19-cv-01677-TLN-EFB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2020, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* because Plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted Plaintiff fourteen days within which to pay the $400 filing fee for this action. (ECF No. 10.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. (*Id.*) Plaintiff has not paid the fee.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED. The Clerk of Court is directed to close the case.

///

1  DATED: June 19, 2020

_____
Troy L. Nunley
United States District Judge

2